NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CDX DIAGNOSTICS, INC.,**
*Appellant*

**v.**

**U.S. ENDOSCOPY GROUP, INC.,**
*Appellee*

---

2016-1381

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00642.

---

**JUDGMENT**

---

KENNETH GEORGE, Amster Rothstein & Ebenstein LLP, New York, NY, argued for appellant. Also represented by BRIAN A. COMACK, MARK BERKOWITZ.

TODD ROBERTS TUCKER, Calfee, Halter & Griswold LLP, Cleveland, OH, argued for appellee. Also represented by JOSHUA FRIEDMAN, MARK MCDOUGALL.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, LOURIE, and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| November 14, 2016 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |